Arthur EWING, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 70329.

Missouri Court of Appeals, Western District.

June 30, 2009.

Arthur Ewing, pro se.

Shelly A. Kintzel, for Respondent.

Before Division One: JAMES E. WELSH, P.J., VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

### *ORDER*

PER CURIAM:

Arthur Ewing appeals the decision of the Labor and Industrial Relations Commission, which found that Ewing was discharged for misconduct connected with work and was, therefore, disqualified from receiving unemployment benefits. On appeal, Ewing claims that the Commission's